IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>GAGE LAWRENCE CARNEFIX,<br><br>Defendant. | CR 19–10–BU–DLC<br><br><br><br>ORDER |

THIS MATTER comes before the Court on the United States' Motion for Preliminary Order of Forfeiture. Defendant Gage Lawrence Carnefix appeared before the Court on August 16, 2019 and entered a plea of guilty to Counts 25 and 26 of the Indictment. He also admitted the forfeiture allegation. Carnefix's plea provides a factual basis and cause to issue an Order of Forfeiture, pursuant to 18 U.S.C. § 2253(a).

IT IS ORDERED:

THAT Carnefix's interest in the following property is forfeited to the United States in accordance with 18 U.S.C. § 2253(a):

- Huawei Ascend XT (model H1611) smart phone

1

THAT the United States Marshals Service and Homeland Security Investigations are directed to seize the property subject to forfeiture and further to make a return as provided by law;

THAT the United States will provide written notice to all third parties asserting a legal interest in any of the above-described property and will post on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days as required by Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions of the Court's Preliminary Order and the United States' intent to dispose of the property in such manner as the Attorney General may direct, pursuant to 18 U.S.C. § 2253(a) and 21 U.S.C. § 853(n)(1), and to make its return to this Court that such action has been completed; and

THAT upon adjudication of all third-party interests, if any, the Court will enter a Preliminary Order of Forfeiture.

DATED this 22nd day of August, 2019.

*[signature]*
Dana L. Christensen, Chief Judge
United States District Court