IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION



FILED
OCT 3 0 2019
Clerk, U S District Court
District Of Montana
Billings

| UNITED STATES OF AMERICA, | CR 19–10–BU–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GAGE LAWRENCE CARNEFIX, | |
| Defendant. | |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. The Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. § 02253(a);

2. A Preliminary Order of Forfeiture was entered on August 22, 2019;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears to be cause to issue a forfeiture order under 18 U.S.C. § 2253(a);

It is therefore ORDERED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. § 2253(a), free from the claims of any other party:

- Huawei Ascend XT (model H1611) smart phone

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 30th day of October, 2019.

Dana L. Christensen, Chief Judge
United States District Court